UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*In Re:*

                                                                    Chapter 13
                                                        Case No. 16-69378-CRM

GREGORY BRYCE NEAL, SR, **Debtor,**
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,
**Creditor,**

---

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP pursuant to

Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and

Demand for Service of Papers as Counsel for U.S. BANK TRUST, N.A., AS TRUSTEE FOR

LSF9 MASTER PARTICIPATION TRUST, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in

any cases consolidated herewith, and all papers served or required to be served in this case and

in any cases consolidated herewith, be given to and served upon the undersigned attorneys at

the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation,

notices of any orders, motions, pleadings or requests, formal or informal applications,

disclosure statement or plan of reorganization or any other documents brought before this

Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for  U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq.  The undersigned firm will not accept service of process in any adversary case for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST.

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP


BY: /s/ ABBEY ULSH DREHER_____ 12/14/2016
ABBEY ULSH DREHER
GA NO. 113608
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2016, a true and correct copy of the Notice of

Appearance and Request for Duplicate Notice was served via electronic means as listed on the

Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP


BY: /s/ ABBEY ULSH DREHER_____ 12/14/2016
     ABBEY ULSH DREHER
     GA NO. 113608
     4004 Belt Line Rd Ste. 100
     ADDISON, TX 75001
     Telephone: (972) 341-0500
     Facsimile: (972) 661-7725
     E-mail:  GA.ND.ECF@BDFGROUP.COM
     ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
GREGORY BRYCE NEAL, SR
370 COURTNEY LANE
LOCUST GROVE, GA  30248

**DEBTOR'S ATTORNEY:**
DAVID JUDAH
P.O BOX 2285
MCDONOUGH, GA  30253

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVE.
SUITE 120
ATLANTA, GA  30303